# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D19-2419

———————————————

V. W., Father of N.L-I.W. a/k/a
N.L.G., a Minor Child,

Appellant,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

Appellee.

———————————————

On appeal from the Circuit Court for Okaloosa County.
Mary Polson, Judge.

October 23, 2019

PER CURIAM.

AFFIRMED.

RAY, C.J., and OSTERHAUS and KELSEY, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

David J. Joffe of Joffe Law, P.A., Fort Lauderdale, for Appellant.

Sarah J. Rumph, Appellate Counsel, Children's Legal Services, Tallahassee; Thomasina F. Moore, Statewide Director of Appeals, and Sara Elizabeth Goldfarb, Senior Attorney, Appellate Division, Guardian ad Litem Program, Tallahassee, for Appellee.